United States District Court
Southern District of Texas
**ENTERED**
November 18, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| XU YUAN, *et al.*, | § | |
| Petitioners, | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-26-6426 |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Xu Yuan, Yuan Gao, and Mingchen Yuan filed a petition for a writ of mandamus ordering United States Citizenship and Immigration Services to promptly adjudicate their pending I-485 Applications. (Docket Entry No. 1). The defendants filed a motion to dismiss as moot and for lack of subject matter jurisdiction. (Docket Entry No. 6). United States Citizenship and Immigration Services has confirmed that the petitioners' applications were adjudicated and approved on October 15, 2026. (Docket Entry Nos. 6-1, 6-2, 6-3). The court grants the motion to dismiss.

The claims are dismissed for lack of jurisdiction.

SIGNED on November 16, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge